**No. 10-249. David Cwik, as Successor Independent Administrator of the Estate of Genowefa Bogdanowicz, Individually and on Behalf of All Others Similarly Situated, et al., Petitioners v. Alexi Giannoulias, Illinois State Treasurer, et al.**

562 U.S. 963, 131 S. Ct. 476, 178 L. Ed. 2d 290, 2010 U.S. LEXIS 8116.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 237 Ill. 2d 409, 341 Ill. Dec. 476, 930 N.E.2d 990.